# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ARCHER FREIGHT LLC, an Illinois Limited Liability Company, | ) ) ) | |
| Plaintiff, | ) ) | |
| -vs- | ) ) | CASE No.: 2022-cv-06670 |
| CARRIER411 SERVICES, INC., a Florida Corporation, | ) ) ) | Judge: Edmond E. Chang Magistrate Judge: Jeffrey T. Gilbert |
| Defendant. | ) ) | **Jury Trial Demanded** |

## PLAINTIFF ARCHER FREIGHT, INC'S NOTIFICATION AS TO AFFILIATES

NOW COMES the Plaintiff, ARCHER FREIGHT LLC, by and through its attorneys, ORLEANS CANTY NOVY, LLC, and MOSLEY MARCINAK LAW GROUP, LLP, and as for its Notification as to Affiliates Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, states as follows:

1. Archer Freight LLC has two (2) "affiliates" as the term is defined by N.D. Ill. Local Rule 3.2(a): Stefcho Risteska and Filip Petrevski.

| | |
|---|---|
| Quinn P. O'Grady (ARDC #6330236) Jason Orleans (ARDC #6258048) ORLEANS CANTY NOVY, LLC 65 E. Wacker Place, Suite 1220 Chicago, IL 60601 Telephone: (847) 625-8200 qogrady@ocnlaw.com jorleans@ocnlaw.com | Respectfully Submitted, ARCHER FREIGHT LLC, Plaintiff, /s/ Jason Orleans_____ One of its Attorneys ORLEANS CANY NOVY, LLC |

Fred Marcinak
Lesesne Phillips
Mosley Marcinak Law Group, LLP
P.O. Box 26148
Greenville, SC 29616
Fred.marcinak@momarlaw.com
Lesesne.phillips@momarlaw.com
*Pro hac vice pending*