11/2/22, 5:20 PM  Active/Pending Insurance


U.S. Department of Transportation
**Federal Motor Carrier Safety Administration**
**Licensing and Insurance Public**

 Choose Menu Option

**Active/Pending Insurance**

| US DOT: | 3406220 | | | Docket Number: | | MC01097268 | | |
|---|---|---|---|---|---|---|---|---|
| Legal Name: | ARCHER FREIGHT LLC | | | | | | | |
| Form | Type | Insurance Carrier | Policy/Surety | Posted Date | Coverage From | Coverage To | Effective Date | Cancellation Date |
| 91X | BIPD/Primary | NAVIGATORS INSURANCE COMPANY | GA22MOT02202600 | 04/14/2022 | $0 | $750,000 | 04/15/2022 | |

Carrier Details  Rejected Insurance  Insurance History  Authority History  Pending Application  Revocation

November 2, 2022



FMCSA Home | DOT Home | Feedback | Privacy Policy | USA gov | Freedom of Information Act (FOIA) | Accessibility | OIG Hotline | Web Policies and Important Links | Plug-ins | Related Sites | Help

Federal Motor Carrier Safety Administration
1200 New Jersey Avenue SE, Washington, DC 20590 - 1-800-832-5660 · TTY: 1-800-877-8339 · Field Office Contacts

https://li-public.fmcsa.dot.gov/LIVIEW/pkg_carrquery.prc_activeinsurance


EXHIBIT A

11/2/22, 5:19 PM  Authority History



U.S. Department of Transportation
**Federal Motor Carrier Safety Administration**
**Licensing and Insurance Public**



Choose Menu Option ∨  go

## Authority History

| US DOT: | 3406220 | Docket Number: | MC01097268 | | |
|---|---|---|---|---|---|
| Legal Name: | ARCHER FREIGHT LLC | | | | |
| Sub | Auth Type | | Original Action | | Disposition |
| | MOTOR PROPERTY COMMON CARRIER | | GRANTED | 09/29/2020 | |

Carrier Details    Active/Pending Insurance    Rejected Insurance    Insurance History    Pending Application    Revocation

November 2, 2022



FMCSA Home | DOT Home | Feedback | Privacy Policy | USA.gov | Freedom of Information Act (FOIA) | Accessibility | OIG Hotline | Web Policies and Important Links | Plug-ins | Related Sites | Help

Federal Motor Carrier Safety Administration
1200 New Jersey Avenue SE, Washington, DC 20590 - 1-800-832-5660 - TTY: 1-800-877-8339 - Field Office Contacts

11/2/22, 5:19 PM                                                                 Insurance History

  

**U.S. Department of Transportation**
**Federal Motor Carrier Safety Administration**
**Licensing and Insurance Public**

## Insurance History

| US DOT: | 3406220 | Docket Number: | MC01097268 | | | | |
|---|---|---|---|---|---|---|---|
| Legal Name: | ARCHER FREIGHT LLC | | | | | | |
| Form | Type | Insurance Carrier | Policy/Surety | Coverage From | Coverage To | Effective Date From | Effective Date To |
| 91X | BIPD/Primary | NATIONAL CONTINENTAL INSURANCE CO. | CWI0005981042-1 | $0 | $1,000,000 | 01/26/2022 | 04/15/2022 Cancelled |
| 91X | BIPD/Primary | NATIONAL CONTINENTAL INSURANCE CO. | CWI0005981042-1 | $0 | $1,000,000 | 11/24/2021 | 01/26/2022 Cancelled |
| 91X | BIPD/Primary | NATIONAL CONTINENTAL INSURANCE CO. | CWI0005981042-1 | $0 | $1,000,000 | 09/02/2021 | 11/24/2021 Cancelled |
| 91X | BIPD/Primary | NATIONAL CONTINENTAL INSURANCE CO. | CWI0005981042-1 | $0 | $1,000,000 | 08/20/2021 | 09/02/2021 Cancelled |
| 91X | BIPD/Primary | NATIONAL CONTINENTAL INSURANCE CO. | CWI0005981042-1 | $0 | $1,000,000 | 04/15/2021 | 08/20/2021 Cancelled |
| 91X | BIPD/Primary | ARTISAN & TRUCKERS CASUALTY COMPANY | CA02536954 | $0 | $750,000 | 09/23/2020 | 04/15/2021 Cancelled |
| 91X | BIPD/Primary | ARTISAN & TRUCKERS CASUALTY COMPANY | CA2536954 | $0 | $1,000,000 | 08/25/2020 | 09/23/2020 Replaced |

Carrier Details    Active/Pending Insurance    Rejected Insurance    Authority History    Pending Application    Revocation

November 2, 2022



FMCSA Home | DOT Home | Feedback | Privacy Policy | USA.gov | Freedom of Information Act (FOIA) | Accessibility | OIG Hotline | Web Policies and Important Links | Plug-ins | Related Sites | Help

Federal Motor Carrier Safety Administration
1200 New Jersey Avenue SE, Washington, DC 20590 - 1-800-832-5660 - TTY: 1-800-877-8339  Field Office Contacts

11/2/22, 5:18 PM                                                            Motor Carrier Details

 

U.S. Department of Transportation
**Federal Motor Carrier Safety Administration**
**Licensing and Insurance Public**

## Motor Carrier Details

| US DOT: | 3406220 | | Docket Number: | MC01097268 | | |
|---|---|---|---|---|---|---|
| Legal Name: | ARCHER FREIGHT LLC | | | | | |
| Doing-Business-As Name: | | | | | | |

| Business Address | Business Telephone and Fax | Mail Address | Mail Telephone and Fax | Undeliverable Mail |
|---|---|---|---|---|
| 1621 116TH ST PLEASANT PRAIRIE WI 53158 | (608) 709-7455 | 1621 116TH ST PLEASANT PRAIRIE WI 53158 | | NO |

| Authority Type | Authority Status | Application Pending |
|---|---|---|
| Common | ACTIVE | NO |
| Contract | NONE | NO |
| Broker | NONE | NO |

| Property | Passenger | Household Goods | Private | Enterprise |
|---|---|---|---|---|
| YES | NO | NO | NO | NO |

| Insurance Type | Insurance Required | Insurance on File |
|---|---|---|
| BIPD | $750,000 | $750,000 |
| Cargo | NO | NO |
| Bond | NO | NO |

**BOC-3:** YES
**Blanket Company:**   PROCESS AGENT SERVICE COMPANY, INC.

Web Site Content and BOC-3 Information Clarification

Active/Pending Insurance     Rejected Insurance     Insurance History     Authority History     Pending Application     Revocation

November 2, 2022



FMCSA Home | DOT Home | Feedback | Privacy Policy | USA.gov | Freedom of Information Act (FOIA) | Accessibility | OIG Hotline | Web Policies and Important Links | Plug-ins | Related Sites | Help

Federal Motor Carrier Safety Administration
1200 New Jersey Avenue SE, Washington, DC 20590 - 1-800-832-5660 - TTY: 1-800-877-8339 - Field Office Contacts