

My Account | Report Card | OOS Alerts | Compliance Alerts | Safety Alerts | FreightGuard Alerts | Crash Alerts | Log Off

| SPOT CHECK | MY CARRIERS | MY ALERTS | INTRASTATE | CARRIER LOCATOR | LANE LOCATOR | BROKER LOCATOR |

**SUBMIT FREIGHTGUARD REPORT**
ENTER NUMBER WITHOUT MC FF MX PREFIX
ENTER DOCKET | SUBMIT

**SEARCH BY DOCKET NUMBER**
ENTER NUMBER WITHOUT MC FF MX PREFIX
ENTER DOCKET | SEARCH

**SEARCH BY USDOT NUMBER**
ENTER NUMBER WITHOUT LEADING ZEROS
ENTER USDOT | SEARCH

# MC1097268   USDOT 3406220

COMPANY NOT MONITORED
START MONITORING

### ARCHER FREIGHT LLC

**STARTED MAR 9, 2020**

**BUSINESS ADDRESS**
7329 GIDDINGS AVE
BURR RIDGE, IL 60527

**PHONE** (608) 709-7455
**EMAIL** ARCHERFREIGHT@GMAIL.COM
**CONTACT** TANA RISTESKA

**MAIL ADDRESS**
1621 116TH ST
PLEASANT PRAIRIE, WI 53158

📄 Create Due Diligence Certificate

DUE DILIGENCE 47FF1221120CCF0611035F112874CD8E

### FRAUD PREVENTION SEARCHES

Fraud Prevention Searches analyze archived FMCSA data since January 2005 and identify suspect conditions about this company, including related companies.

🏛 Archive Phone Search   🏛 Email Address Search   🏛 Illinois Secretary of State
🏛 Archive Fax Search     🏛 Fraud Alert Search
🏛 Contact Name Search    🏛 Contact Information Search

### FMCSA TECHNICAL PROBLEMS WITH AUTHORITY AND INSURANCE DATA

FMCSA is experiencing ongoing technical issues this week that continue to impact the accuracy of FMCSA authority and insurance data for some companies. FMCSA data problems started Monday August 22.

FMCSA authority and insurance information was improperly updated by FMCSA this week and may not be accurate for some companies.

FMCSA technical problems have also affected the dissemination of data provided to us each weekday morning for authority and insurance updates. FMCSA is aware of their data problems, which have also affected information on the FMCSA Licensing & Insurance website.

Unfortunately, this situation with FMCSA is out of our control. We are doing everything possible to help FMCSA identify affected companies with inaccurate authority and insurance data.

We apologize for the inconvenience and appreciate your understanding. We have been communicating with FMCSA on an ongoing basis as they troubleshoot the issues and attempt resolve them. We will let you know more as we are informed.

## Artificial Intelligence Alerts

DUE DILIGENCE 47FF1221120CCF0611035F112874CD8E

Our artificial intelligence engine analyzed information about this company that should be considered.

**PHONE NUMBER STATE**

### FreightGuard Reports

No reports submitted about this company.

SUBMIT FREIGHTGUARD REPORT

### Carrier Qualification Guidelines

These guidelines help you qualify the company if you consider using it as a motor carrier.

| CARRIER AUTHORITY | ISSUE |
| INSURANCE COVERAGE | GOOD |

DDID 47FF1221120CCF0611035F112874CD8E

### Carrier Qualification Company Policy

This company does not meet your company policy based on Carrier Qualification Settings.

| POLICY | NOT ACCEPTABLE |

### Broker Qualification Guidelines

These guidelines help you qualify the company if you consider using it as a freight broker. FMCSA requires property brokers to have active broker authority and a $75,000 bond or trust fund.

| BROKER AUTHORITY | ISSUE |
| BOND OR TRUST FUND | ISSUE |

### Forwarder Qualification Guidelines

These guidelines help you qualify the company if you consider using it as a freight forwarder. FMCSA requires freight forwarders to have active contract authority and a $75,000 bond or trust fund.

| FORWARDER AUTHORITY | ISSUE |
| BOND OR TRUST FUND | ISSUE |


EXHIBIT B

Our artificial intelligence engine detected the phone number for this company is from a different state than their business address state. That could be a big red flag.

1. (608) 709-7455   WISCONSIN

FMCSA records indicate the business address state is Illinois.

### BLOCKED PHONE NUMBER

1 phone number was used by this company when they called our office.

1. (872) 249-9120   ILLINOIS

3 calls were blocked. Please do not tell carriers to call us about anything.

### DIFFERENT MAIL ADDRESS STATE

Our artificial intelligence engine detected this company provided FMCSA with a mail address in a different state than their business address. That could be a big red flag.

### FMCSA CARRIER AUTHORITY

This carrier does not have active authority and is not authorized to operate.

### MAIL ADDRESS RISK ZONE

States have different 🏛 Risk Zones in specific areas. Zone 1 is the lowest risk. Zone 3 is the highest risk. This carrier has a mail address in an area of Wisconsin classified as Zone 3.

## FMCSA Company Snapshot

DUE DILIGENCE 47FF1221120CCF0611035F112974CD8E

FMCSA overview information about this company as of November 2, 2022.

| COMMON | CONTRACT | BROKER |
|---|---|---|
| APPLYING | NONE | NONE |
| BIPD FILED | CARGO FILED | BOND FILED |
| $1,000,000 | NO | NO |

🕒 View Authority Status  🕒 View Insurance Requirements

## Company Notes

You have no notes about this company. Notes cannot be viewed by other customers.

[ ADD NOTES ]

## Government Sites

FMCSA LICENSING AND INSURANCE  ˅

[ DISPLAY ]

## Google Search

ARCHER FREIGHT LLC  ˅

[ SEARCH ]

### Carrier Operation

The following information was provided when the company submitted Form MCS-150 to FMCSA.

☑ INTERSTATE

   INTRASTATE ONLY (HAZMAT)

   INTRASTATE ONLY (NON-HAZMAT)

### Cargo Authorization

The following information was provided when the company submitted Form MCS-150 to FMCSA.

| PROPERTY | PASSENGER | HOUSEHOLD |
|---|---|---|
| YES | NO | NO |

### Operation Classification

The following information was provided when the company submitted Form MCS-150 to FMCSA.

☑ AUTHORIZED-FOR-HIRE

   EXEMPT-FOR-HIRE

   PRIVATE (PROPERTY)

   PRIV/PASSENGER BUSINESS

   PRIV/PASSENGER NON-BUSINESS

   MIGRANT

   U.S. MAIL

   FEDERAL GOVERNMENT

   STATE GOVERNMENT

   LOCAL GOVERNMENT

   INDIAN TRIBE

### SmartWay Transport Partner

**COMPANY IS NOT SMARTWAY PARTNER**
We only identify SmartWay Partners if EPA identifies the company. We cannot confirm a company is a SmartWay Partner if they are in the SmartWay database without an MC number listed for proper identification.

🕒 Learn About SmartWay  🕒 SmartWay Website

### Access Log Report

📄 View Access Log to see each day you reviewed this company as proof of your due diligence.



## Blocked Phone Calls

Some carriers call when they get turned down for loads or get FreightGuard Reports. Our phone system is integrated with our databases. Every phone number for every carrier is blocked or gets blocked if they call our office. There have been 21,049 blocked phone calls from carriers.

| | | |
|---|---|---|
| MC1097268 | **ARCHER FREIGHT LLC** | (608) 709-7455 |
| USDOT 3406220 | 7329 GIDDINGS AVE | TANA RISTESKA |
| 16 TRUCKS | BURR RIDGE, IL 60527 | ARCHERFREIGHT@GMAIL.COM |

### BLOCKED NUMBER

1 phone number was used by this company when they called our office.

1. (872) 249-9120  ILLINOIS

3 calls were blocked. Please do not tell carriers to call us about anything. We do not talk to carriers and will not provide any information to carriers. There are no exceptions.

| | DATE | TIME | PHONE | STATE |
|---|---|---|---|---|
| 1. | SEP 7, 2022 | 10:03 AM EST | (872) 249-9120 | **ILLINOIS** |
| 2. | SEP 7, 2022 | 10:01 AM EST | (872) 249-9120 | **ILLINOIS** |
| 3. | SEP 6, 2022 | 12:34 PM EST | (872) 249-9120 | **ILLINOIS** |

## FMCSA Contact Information Changes

FMCSA contact information changes reflect chronological updates since January 2005.

| | | |
|---|---|---|
| MC1097268 | **ARCHER FREIGHT LLC** | (608) 709-7455 |
| USDOT 3406220 | 7329 GIDDINGS AVE | TANA RISTESKA |
| 16 TRUCKS | BURR RIDGE, IL 60527 | ARCHERFREIGHT@GMAIL.COM |

**1. MARCH 10, 2020**

| BUSINESS ADDRESS | MAIL ADDRESS |
|---|---|
| ARCHER FREIGHT LLC | 7329 GIDDINGS AVE |
| 7329 GIDDINGS AVE | BURR RIDGE, IL 60527-6942 |
| BURR RIDGE, IL 60527 | ⚓ Google Street View |
| PHONE (608) 709-7455 | |
| ⚓ Google Street View | |

**2. MARCH 29, 2021**

| BUSINESS ADDRESS | MAIL ADDRESS |
|---|---|
| ARCHER FREIGHT LLC | ↻ 1621 116TH ST |
| ↻ 1621 116TH ST | ↻ PLEASANT PRAIRIE, WI 53158 |
| ↻ PLEASANT PRAIRIE, WI 53158 | ⚓ Google Street View |
| ↻ NO PHONE | |
| ⚓ Google Street View | |

**3. JULY 25, 2022**

| BUSINESS ADDRESS | MAIL ADDRESS |
|---|---|
| ARCHER FREIGHT LLC | 1621 116TH ST |
| 1621 116TH ST | PLEASANT PRAIRIE, WI 53158 |
| PLEASANT PRAIRIE, WI 53158 | ⚓ Google Street View |
| ↻ PHONE (608) 709-7455 | |
| ⚓ Google Street View | |

**4. AUGUST 23, 2022**

| BUSINESS ADDRESS | MAIL ADDRESS |
|---|---|
| ARCHER FREIGHT LLC | ↻ 7329 GIDDINGS AVE |
| ↻ 7329 GIDDINGS AVE | ↻ BURR RIDGE, IL 60527-6942 |
| ↻ BURR RIDGE, IL 60527 | ⚓ Google Street View |
| PHONE (608) 709-7455 | |
| ⚓ Google Street View | |

⊕ Back to Top

## FMCSA Authority Status

DUE DILIGENCE 47FF1221120CCF0611035F112874CD8E

### FMCSA CARRIER AUTHORITY ALERT

This carrier does not have active authority and is not authorized to operate.

|  | AUTHORITY STATUS | APPLICATION PENDING | PENDING REVOCATION |
|---|---|---|---|
| COMMON | NONE | YES | NO |
| CONTRACT | NONE | NO | NO |
| BROKER | NONE | NO | NO |

⊕ View Authority Update History

⊕ View FMCSA Licensing and Insurance

⊕ Back to Top

## FMCSA Insurance Requirements

DUE DILIGENCE 47FF1221120CCF0611035F112874CD8E

|  | INSURANCE REQUIRED | INSURANCE ON FILE |
|---|---|---|
| BIPD | $750,000.00 | $1,000,000.00 |
| CARGO | NO | NO |
| BOND | NO | NO |

⊕ Back to Top

## Insurance Policy Coverage

DUE DILIGENCE 47FF1221120CCF0611035F112874CD8E

Viewing insurance underwriter rating information is free for A.M. Best members.
Sign In to access information about the underwriter.

**TYPE** BIPD PRIMARY   **POLICY** CA2536954   **EFFECTIVE** AUG 25, 2020
**FROM** $0.00   **TO** $1,000,000.00
**ARTISAN & TRUCKERS CASUALTY COMPANY**
**P.O.BOX 94739**
**CLEVELAND, OH 44101**
**PHONE** (800) 444-4487   **FAX** (440) 603-4555

[ VIEW A.M. BEST ]

⊕ Back to Top