

### Protect Your Business and Freight



Carrier411 is the industry-standard ultimate big data platform for brokers, shippers, factoring companies, and other qualified logistics industry professionals.

More than 3,000 freight brokers and shippers rely on our platform every day for carrier selection, including 97 of the top 100 brokers based on net income.

We make it easy to research, qualify, and monitor carriers based on their safety, FMCSA compliance, performance, and other transportation metrics.

We track all new applicants and new MC numbers issued daily by FMCSA. That's just one of the many ways we identify chameleon carriers that apply for new authority. We catch them dead in their tracks.

We maintain 18 different FMCSA data sets under subscription, as well as exclusive proprietary data that is not available from any other service.

### Account Eligibility Required

Carrier411 is not a service for trucking companies. We will not talk to carriers about anything, and we do not allow accounts for these business types:

- Trucking Companies
- Dispatch Services
- Attorneys and Law Firms
- Business Consultants
- Authority Services
- Compliance Services
- Staffing Agencies
- Outsourcing Services

Ineligible businesses that attempt to create accounts get blocked and cannot get access to our platform.

### Research and Monitor Motor Carriers Using Big Data

Want to research trucking companies and qualify carriers in a snap? We make it a breeze for you to simplify carrier selection and manage carrier compliance. Effortlessly find trucking companies anywhere in the United States, Canada and Mexico. Unlock hidden capacity, increase productivity, identify reliable carriers, avoid problem carriers, improve operations, protect your business, and safeguard customers.

#### Boost Carrier Sales and Manage Carrier Compliance for $99 Per Month

Get the competitive advantage you need to choose the best carriers in today's challenging freight market. See how our blazing fast technology and five-star information puts you ahead of the game. Our affordable pricing starts at only $99 per month. No contracts. No gimmicks. Free 30-Day Trial.

- ✓ 1,532,202 Companies Monitored
- ✓ Historical FMCSA Data Since 2005
- ✓ FMCSA Authority and Insurance
- ✓ FMCSA Carrier Safety Ratings
- ✓ FMCSA BASIC Percentile Scores
- ✓ FMCSA Inspections, Violations & Crashes
- ✓ FMCSA OOS Information & Census Data
- ✓ 88,102 FreightGuard Reports
- ✓ Artificial Intelligence Analysis
- ✓ Due Diligence Certificates
- ✓ Extensive Carrier Analytics
- ✓ Powerful Carrier Search Features
- ✓ Carrier Risk Zone Identification
- ✓ Double Brokering Protection
- ✓ Carrier Fraud Risk Analysis
- ✓ Unbeatable Customer Service

Carrier411 is your carrier selection powerhouse. People in carrier sales and carrier qualification love us. We deliver so much more than just core information about carriers. Our powerful software as a service platform is designed to protect the logistics industry. Can you afford not to protect your business?

We are considered an essential service for freight brokers and shippers. Carrier411 has everything you need to find trucking companies and select the right carriers. But we also have what you need to avoid choosing the wrong carriers. Join thousands of logistics professionals that use our platform every day.

We make it easy to uncover important information that trucking companies really don't want you to know. Reduce your chances of hiring carriers that cancel loads, double broker freight, hold loads hostage, and have unresolved cargo claims. Want to hire the right carriers? Create your Free 30-Day Trial.

#### Discover Everything You Want to Know About Carriers in One Place

See what you've been missing. Get instant access to the most accurate and comprehensive data about trucking companies available in one place. Our constantly changing databases grow and get even better every day. We maintain current and historical information about every interstate carrier, broker and freight forwarder registered with the FMCSA. You can even find intrastate carriers and new trucking companies.

We make tons of consolidated FMCSA data and so much more available instantly in an easy-to-use and understandable format. That includes FreightGuard Reports submitted by our customers the history of any trucking company. Learn their darkest secrets. Run down the rabbit ho



EXHIBIT C

Case: 1:22-cv-06670 Document #: 7-3 Filed: 12/28/22 Page 2 of 2 PageID #:47

So don't even try to create a trial. All blocked phone calls from carriers are displayed for customers.

## We Protect the Logistics Industry

We are very particular about who we allow to access our platform and only allow accounts for qualified companies located in the United States or Canada.

Accounts and user access to the site are allowed at our discretion. We protect the logistics industry and monitor account activity. We also strictly enforce our Terms and Conditions for every account.

We geo-restrict accounts for security purposes and to prevent unauthorized account access. We do not tolerate any abuse or improper use of our platform.

We detect and block unauthorized account access attempts from data centers, proxy servers, VPNs, SD-WANs and foreign countries.

want to go. Use our powerful Carrier Locator searches to find trucking companies and easily export data, including information about brand new carriers that just applied for authority with the FMCSA.

## Select Trucking Companies Using Analytics and Artificial Intelligence

Carrier411 makes it quick and easy to qualify carriers six ways from Sunday. We provide instant access to the most complete and accurate information available about trucking companies. Get the lowdown about any carrier using artificial intelligence, machine learning, and powerful analytics. We have all the big data you need to understand nitty-gritty details about carriers and their performance. Our artificial intelligence engine does the hard work for you by detecting things that should be considered when vetting carriers.

## Stop Getting Scammed by Carriers and Double Brokering Schemes

Are you tired of getting duped by trucking companies? Get a taste of what we can do for you. Get started right away with our Free 30-Day Trial. When you're thoroughly convinced we have everything needed to get the job done right, just let us know. Your credit card will not get charged unless you want to keep the account. We require verbal authorization as well as email confirmation for trial accounts to be activated. Companies that previously had a trial or have an inactive account are not eligible for a trial.

Home Page
Contact Us
Carrier411 FAQs
Broker Locator
Privacy Policy
Terms of Service

Carrier411 Overview
Carrier Alerts
Carrier Snapshots
Carrier Locator
Web Services Interface
CSV File Download

Carrier Qualification
Due Diligence Certificates
FreightGuard Reports
Export MC Numbers
Carrier Safety Statistics
SMS BASIC Scores

Conditional Safety Ratings
Unsatisfactory Safety Ratings
SmartWay Carriers
CARB TRU Compliant Carriers
Free 30-Day Trial

 

Toll-Free: (888) 411-9661  Phone: (321) 286-5171
Copyright © 2022 Carrier411 Services, Inc