#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ARCHER FREIGHT LLC, an Illinois Limited Liability Company, | ) ) ) | |
| Plaintiff, | ) ) | |
| -vs- | ) ) | CASE No.: 2022-cv-06670 |
| CARRIER411 SERVICES, INC., a Florida Corporation, | ) ) ) | Judge: Edmond E. Chang Magistrate Judge: Jeffrey T. Gilbert |
| Defendant. | ) ) | **Jury Trial Demanded** |

### CERTIFICATE OF SERVICE

TO:    Carrier411 Services, Inc.      **Certified Mail**
          Jacqueline A. Van Laningham    Carrier411 Services, Inc.
          100 North Laura Street, Suite 501    c/o Registered Agent Darren M. Brewer
          Jacksonville, FL 32202    1540 International Parkway - #2000
          jvanlaningham@abelbeanlaw.com    Lake Mary, Fl 32746

      I hereby certify that on December 28, 2022, *Plaintiff, Archer Freight LLC's Motion For A Preliminary Injunction* was electronically filed with the Northern District Court of Illinois using the CM/ECF system and sent notification as stated above to attorney and corporation.

                                                                             */s/ Jason Orleans*

Quinn P. O'Grady (ARDC #6330236)
Jason Orleans (ARDC #6258048)
ORLEANS CANTY NOVY, LLC
65 E. Wacker Place, Suite 1220
Chicago, IL 60601
Telephone: (847) 625-8200
qogrady@ocnlaw.com
jorleans@ocnlaw.com

Fred Marcinak
Lesesne Phillips
Mosley Marcinak Law Group, LLP
P.O. Box 26148
Greenville, SC 29616
Fred.marcinak@momarlaw.com
Lesesne.phillips@momarlaw.com
*Pro hac vice pending*