IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARCHER FREIGHT, LLC, an Illinois Limited Liability Company, | |
| Plaintiff, | Court No.: 22-cv-06670 |
| v. | Judge: Edmond E. Chang |
| CARRIER411 SERVICES, INC., a Florida Corporation, | **Jury Trial Demanded** |
| Defendant. | |

**PLAINTIFF, ARCHER FREIGHT, LLC,'S JURISDICTIONAL STATEMENT**

NOW COMES the Plaintiff, ARCHER FREIGHT, LLC, by and through its undersigned counsel, and as for its Jurisdictional Statement to its Complaint, states as follows:

1. Archer Freight, LLC is an Illinois Limited Liability Company with its principal place of business in Burr Ridge, Illinois. Archer Freight, LLC has two members: Stefcho Risteska and Filip Petrevski. Stefcho Risteska and Filip Petrevski are citizens of Illinois. Defendant is a Florida corporation with a principal place of business in Lake Mary Florida. Thus, the parties have complete diversity of citizenship. Plaintiff is seeking an amount in excess of $75,000.00. As such, the amount in controversy exceeds $75,000.00. Accordingly, the jurisdictional prerequisites for federal diversity jurisdiction are satisfied.

Dated January 11, 2023

Respectfully Submitted,
Plaintiff, ARCHER FREIGHT, LLC

 _/s/ Jason Orleans_____
One Of Its Attorneys
ORLEANS CANTY NOVY, LLC

Jason Orleans (ARDC #6258048)
Quinn P. O'Grady (ARDC #6330236)
Orleans Canty Novy LLC
65 E. Wacker Place #1220
Chicago, IL 60601
P: (847) 625-8200
Service@ocnlaw.com

Fred Marcinak
Lesesne Phillips
Mosley Marcinak Law Group, LLP
P.O. Box 26148
Greenville, SC 29616
Fred.marcinak@momarlaw.com
Lesesne.phillips@momarlaw.com
*Pro hac vice pending*