UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Archer Freight LLC
                        Plaintiff,

v.                                                    Case No.: 1:22−cv−06670
                                                     Honorable Edmond E. Chang

Carrier411 Services, Inc
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 12, 2023:

      MINUTE entry before the Honorable Edmond E. Chang: On review of the Jurisdictional Statement, R. 10, the inquiry into diversity of citizenship has been satisfied. The tracking status hearing of 01/13/2023 is reset to 02/03/2023 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called).Emailed notice(mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.