**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**


Archer Freight LLC

                              Plaintiff,

v.                                                    Case No.: 1:22–cv–06670
                                                      Honorable Edmond E. Chang

Carrier411 Services, Inc

                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Monday, January 30, 2023:


      MINUTE entry before the Honorable Edmond E. Chang: Pursuant to the parties
joint status report, and to avoid unnecessary status hearings and to provide time to reduce
the agreement to writing, the case is dismissed without prejudice and with full leave to
reinstate via motion filed by 03/27/2023. If no motion to reinstate is filed by that date,
then the dismissal will automatically convert to a dismissal with prejudice, without further
action by the Court. Plaintiff's motion for preliminary injunction [7] is terminated as moot.
Status hearings of 01/31/2023 and 02/03/2023 are vacated. Civil case terminated. Emailed
notice (mw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.